**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gerald H. HOLAS, Jr., Defendant–
Appellant.**

**No. 12–7564.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 10, 2013.

Decided: Jan. 14, 2013.

Anthony Glen Scheer, Rawls, Scheer, Foster & Mingo, PLLC, Charlotte, North Carolina, for Appellant. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald H. Holas, Jr. appeals the district court's order granting in part Holas' 18 U.S.C. § 3582 (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Holas,* No. 3:08–cr–00157–RJC–1 (W.D.N.C. Sept. 4,

2012). We deny Holas' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*